# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1443
Lower Tribunal No. 2023-CA-005666

_____

JOHN MELILLI and COLLEEN MELILLI, both individually and as Trustees of the JOHN MELILLI TRUST and the COLLEEN JOHNSON LIVING TRUST,

Appellants,

v.

FIRST PROTECTIVE INSURANCE COMPANY d/b/a FRONTLINE INSURANCE,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Rachael Loukonen, Judge.

June 30, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and PRATT, JJ., concur.


Lisa A. Riddle and John E. Hughes, III, of McLuskey, McDonald & Hughes, P.A., Miami, for Appellants.

Elizabeth K. Russo and Paulo R. Lima, of Russo Lima Appellate Firm, P.A., Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED